UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERT REMENTER, JR.,

        Plaintiffs,

v.                                          Case No. 8:14-CV-642-T-17MAP

UNITED STATES OF AMERICA,

        Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the United States of America's Second Motion to

Tax Costs (doc. 59) and the Plaintiff's responses thereto (doc. 62).[1]  Because Plaintiff's response

(doc. 62) indicates he has no factual or legal basis to oppose the government's motion, it is

hereby

RECOMMENDED:

1.  That the Court tax costs of the Defendant in the amount of $3,705.05 for this case.

IT IS SO REPORTED in chambers at Tampa, Florida on April 21, 2017.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained

---

[1]  While typically the Clerk of Court taxes costs initially, since the Plaintiff does not
oppose the Defendant's motion, it is unnecessary for the Clerk to tax the costs here.  *See*
Fed.R.Civ.P. 54(d)(1).

in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).